| Employee No. 12096 Cornelius Kilgarriff | | | | **CENTRAL BUCKS SCHOOL DISTRICT** | | | | |
|---|---|---|---|---|---|---|---|---|
| Period Ending: February 15, 2018 | Check Date: February 15, 2018 | | | *ATTN: You are eligible to participate in a voluntary tax shelter retirement plan. Interested? http://www.cbsd.org/payroll* | | | | |
| Earnings Description | Hrs/Unit | Rate | Earnings | Deduction | Current | Y-T-D | Marital | S |
| Hrly Reg Pay Building Su | 76.66667 | 16.95 | 1,299.50 | PSERS EE | 97.46 | 185.18 | Exempt | 0 |
| | | | | Federal Income Tax | 117.81 | 201.16 | | |
| | | | | PA State Tax | 39.89 | 75.80 | | |
| | | | | Social Security | 80.57 | 153.08 | Net Pay | |
| | | | | Medicare | 18.84 | 35.80 | 928.41 | |
| | | | | Local EIT | 13.00 | 24.70 | Earnings YTD | |
| | | | | PAUC | 0.78 | 1.48 | 2,469.05 | |
| | | | | Local Services Tax | 2.74 | 8.22 | | |
| **Total Earnings** | 325030 | | 1,299.50 | **Total Deductions** | 371.09 | 685.42 | | |

CENTRAL BUCKS SCHOOL DISTRICT

Employee No. 12096  Cornelius Kilgarriff
Period Ending: April 30, 2018 | Check Date: April 30, 2018

ATTN: You are eligible to participate in a voluntary tax shelter retirement plan. Interested? http://www.cbsd.org/payroll

| Earnings Description | Hrs/Unit | Rate | Earnings | Deduction | Current | Y-T-D | Marital | S |
|---|---|---|---|---|---|---|---|---|
| Hrly Reg Pay Building Su | 61.33333 | 16.95 | 1,039.60 | PSERS EE | 77.97 | 526.30 | Exempt | 0 |
| | | | | Federal Income Tax | 88.96 | 573.83 | | |
| | | | | PA State Tax | 31.92 | 215.45 | | |
| | | | | Social Security | 64.46 | 435.08 | Net Pay | |
| | | | | Medicare | 15.07 | 101.75 | 747.46 | |
| | | | | Local EIT | 10.40 | 70.20 | Earnings YTD | |
| | | | | PAUC | 0.62 | 4.21 | 7,017.30 | |
| | | | | Local Services Tax | 2.74 | 21.92 | | |
| Total Earnings | 325964 | | 1,039.60 | Total Deductions | 292.14 | 1,948.74 | | |

Employee No.  12096   Cornelius Kilgarriff                                    **CENTRAL BUCKS SCHOOL DISTRICT**
Period Ending: December 15, 2017 | Check Date: December 15, 2017     *ATTN: You are eligible to participate in a voluntary tax shelter*
                                                                     *retirement plan. Interested?  http://www.cbsd.org/payroll*

| Earnings Description | Hrs/Unit | Rate | Earnings | Deduction | Current | Y-T-D | Marital | S |
|---|---|---|---|---|---|---|---|---|
| Hrly Reg Pay Building Su | 23 | 16.95 | 389.85 | PSERS EE | 29.24 | 919.17 | Exempt | 0 |
|  |  |  |  | Federal Income Tax | 26.48 | 1,139.01 |  |  |
|  |  |  |  | PA State Tax | 11.97 | 376.27 |  |  |
|  |  |  |  | Social Security | 24.17 | 759.84 | **Net Pay** |  |
|  |  |  |  | Medicare | 5.65 | 177.69 | 285.43 |  |
|  |  |  |  | Local EIT | 3.90 | 122.59 | **Earnings YTD** |  |
|  |  |  |  | PAUC | 0.27 | 8.58 | 12,255.32 |  |
|  |  |  |  | Local Services Tax | 2.74 | 49.32 |  |  |

Total Earnings    324242    389.85    Total Deductions    104.42    3,552.47

---

**CENTRAL BUCKS SCHOOL DISTRICT**
*ATTN: You are eligible to participate in a voluntary tax shelter*
*retirement plan. Interested?  http://www.cbsd.org/payroll*

Employee No.  12096   Cornelius Kilgarriff
Period Ending: April 15, 2018 | Check Date: April 13, 2018

| Earnings Description | Hrs/Unit | Rate | Earnings | Deduction | Current | Y-T-D | Marital | S |
|---|---|---|---|---|---|---|---|---|
| Hrly Reg Pay Building Su | 46 | 16.95 | 779.70 | PSERS EE | 58.48 | 448.33 | Exempt | 0 |
|  |  |  |  | Federal Income Tax | 60.11 | 484.87 |  |  |
|  |  |  |  | PA State Tax | 23.94 | 183.53 |  |  |
|  |  |  |  | Social Security | 48.34 | 370.62 | **Net Pay** |  |
|  |  |  |  | Medicare | 11.31 | 86.68 | 566.51 |  |
|  |  |  |  | Local EIT | 7.80 | 59.80 | **Earnings YTD** |  |
|  |  |  |  | PAUC | 0.47 | 3.59 | 5,977.70 |  |
|  |  |  |  | Local Services Tax | 2.74 | 19.18 |  |  |

Total Earnings    325801    779.70    Total Deductions    213.19    1,656.60

Employee No.   12096    Cornelius Kilgarriff                                         CENTRAL BUCKS SCHOOL DISTRICT
Period Ending: February 28, 2018 | Check Date: February 28, 2018       *ATTN: You are eligible to participate in a voluntary tax shelter*
                                                                                                       *retirement plan. Interested?  http://www.cbsd.org/payroll*

| Earnings Description | Hrs/Unit | Rate | Earnings | Deduction | Current | Y-T-D | Marital | S |
|---|---|---|---|---|---|---|---|---|
| Hrly Reg Pay Building Su | 61.33333 | 16.95 | 1,039.60 | PSERS EE | 77.97 | 263.15 | Exempt | 0 |
|  |  |  |  | Federal Income Tax | 88.96 | 290.12 |  |  |
|  |  |  |  | PA State Tax | 31.92 | 107.72 |  |  |
|  |  |  |  | Social Security | 64.46 | 217.54 | **Net Pay** |  |
|  |  |  |  | Medicare | 15.07 | 50.87 | 747.46 |  |
|  |  |  |  | Local EIT | 10.40 | 35.10 | **Earnings YTD** |  |
|  |  |  |  | PAUC | 0.62 | 2.10 | 3,508.65 |  |
|  |  |  |  | Local Services Tax | 2.74 | 10.96 |  |  |

| Total Earnings | 325244 | **1,039.60** | Total Deductions | 292.14 | 977.56 |
|---|---|---|---|---|---|

Employee No.   12096    Cornelius Kilgarriff                                         CENTRAL BUCKS SCHOOL DISTRICT
Period Ending: March 15, 2018 | Check Date: March 15, 2018              *ATTN: You are eligible to participate in a voluntary tax shelter*
                                                                                                       *retirement plan. Interested?  http://www.cbsd.org/payroll*

| Earnings Description | Hrs/Unit | Rate | Earnings | Deduction | Current | Y-T-D | Marital | S |
|---|---|---|---|---|---|---|---|---|
| Hrly Reg Pay Building Su | 46 | 16.95 | 779.70 | PSERS EE | 58.48 | 321.63 | Exempt | 0 |
|  |  |  |  | Federal Income Tax | 60.11 | 350.23 |  |  |
|  |  |  |  | PA State Tax | 23.94 | 131.66 |  |  |
|  |  |  |  | Social Security | 48.34 | 265.88 | **Net Pay** |  |
|  |  |  |  | Medicare | 11.31 | 62.18 | 566.51 |  |
|  |  |  |  | Local EIT | 7.80 | 42.90 | **Earnings YTD** |  |
|  |  |  |  | PAUC | 0.47 | 2.57 | 4,288.35 |  |
|  |  |  |  | Local Services Tax | 2.74 | 13.70 |  |  |

| Total Earnings | 325401 | **779.70** | Total Deductions | 213.19 | 1,190.75 |
|---|---|---|---|---|---|

Employee No.   12096    Cornelius Kilgarriff                                         CENTRAL BUCKS SCHOOL DISTRICT
Period Ending: March 31, 2018 | Check Date: March 29, 2018              *ATTN: You are eligible to participate in a voluntary tax shelter*
                                                                                                       *retirement plan. Interested?  http://www.cbsd.org/payroll*

| Earnings Description | Hrs/Unit | Rate | Earnings | Deduction | Current | Y-T-D | Marital | S |
|---|---|---|---|---|---|---|---|---|
| Hrly Reg Pay Building Su | 53.66667 | 16.95 | 909.65 | PSERS EE | 68.22 | 389.85 | Exempt | 0 |
|  |  |  |  | Federal Income Tax | 74.53 | 424.76 |  |  |
|  |  |  |  | PA State Tax | 27.93 | 159.59 |  |  |
|  |  |  |  | Social Security | 56.40 | 322.28 | **Net Pay** |  |
|  |  |  |  | Medicare | 13.19 | 75.37 | 656.99 |  |
|  |  |  |  | Local EIT | 9.10 | 52.00 | **Earnings YTD** |  |
|  |  |  |  | PAUC | 0.55 | 3.12 | 5,198.00 |  |
|  |  |  |  | Local Services Tax | 2.74 | 16.44 |  |  |

| Total Earnings | 325554 | **909.65** | Total Deductions | 252.66 | 1,443.41 |
|---|---|---|---|---|---|