# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 18-13170-AMC

CORNELIUS J KILGARRIFF, III
RENEE KILGARRIFF
30 WENDY WAY

RICHBORO, PA 18954-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CORNELIUS J KILGARRIFF, III
    RENEE KILGARRIFF
    30 WENDY WAY

    RICHBORO, PA 18954-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                                        /S/ William C. Miller

Date: 8/2/2018                             _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee