**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                               CASE NO.: 18-13170-amc
Cornelius J. Kilgarriff, III,                                CHAPTER 13
   Debtor,
Renee Kilgarriff,
   Joint Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                            RAS Crane, LLC
                                            Authorized Agent for Secured Creditor
                                            10700 Abbott's Bridge Road, Suite 170
                                            Duluth, GA 30097
                                            Telephone: 470-321-7112
                                            Facsimile: 404-393-1425
                                            By: /s/Kevin Buttery
                                            Kevin Buttery, Esquire
                                            Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 27, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

YOUNG MARR AND ASSOCIATES
3554 HULMEVILLE RD.
SUITE 102
BENSALEM, PA  19020

CORNELIUS J. KILGARRIFF, III
RENEE KILGARRIFF
30 WENDY WAY
RICHBORO, PA  18954

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA  19105

U.S. TRUSTEE
833 CHESTNUT STREET
PHILADELPHIA, PA  19107

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425
    By: /s/Kevin Buttery
    Kevin Buttery, Esquire
    Email: kbuttery@rascrane.com