*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cornelius J. Kilgarriff, III and Renee
Kilgarriff

        Debtor(s)                                  Case No: 18–13170–amc

                                                      Chapter: 13

_____

### *ORDER DENYING CONFIRMATION OF PLAN*

AND NOW, this, 10/18/18 , a chapter 13 confirmation hearing having been scheduled on 10/18/18 ,

And the standing chapter 13 trustee having opposed confirmation,

And the debtor(s) having failed to meet his/her/their burden under Bankruptcy Rule 3020(b),

It is hereby ORDERED that confirmation is DENIED.

                                                  By The Court

                                                  Ashely M. Chan
                                                  Judge , United States Bankruptcy Court