United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13170-amc
Cornelius J. Kilgarriff, III                                        Chapter 13
Renee Kilgarriff
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina              Page 1 of 2          Date Rcvd: Oct 16, 2018
                             Form ID: pdf900              Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db/jdb         +Cornelius J. Kilgarriff, III,    Renee Kilgarriff,    30 Wendy Way,    Richboro, PA 18954-1047
cr             +WILMINGTON SAVINGS FUND SOCIETY,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,    6409 CONGRESS AVE.,,
                 SUITE 100,    BOCA RATON, FL 33487-2853
14105571       +Aes/suntrust,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14105572       +Aes/suntrust,    Pob 61047,    Harrisburg, PA 17106-1047
14129012        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14105574       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14105573       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14105579       +Central Credit Services, LLC,    9550 Regency Square Blvd,    Suite 500A,
                 Jacksonville, FL 32225-8169
14105580        Central Credit Services, LLC,    550 N Regency Square Blv,    Jacksonville, FL 32225
14126175       +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
14126781       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14105592       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
14105591       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:48:20     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14165023        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:47:08
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14105576        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:47:41     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14105578        E-mail/Text: bankruptcy@cavps.com Oct 17 2018 02:43:18     Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
14105575       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:48:24     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14105577       +E-mail/Text: bankruptcy@cavps.com Oct 17 2018 02:43:17     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14124951       +E-mail/Text: bankruptcy@cavps.com Oct 17 2018 02:43:18     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14105581       +E-mail/Text: compliance@chaserec.com Oct 17 2018 02:44:23     Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
14167678        E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2018 02:42:15
                 Citizens Bank, National Association,    c/o Ditech Financial LLC,    P.O. Box 6154,
                 Rapid City, SD 57709-6154
14105583       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2018 02:42:15     Ditech,    Po Box 6172,
                 Rapid City, SD 57709-6172
14105582       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2018 02:42:15     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14167731        E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2018 02:42:15     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14105584       +E-mail/Text: cio.bncmail@irs.gov Oct 17 2018 02:42:14     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14105585       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:48:31
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
14105586       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:48:32
                 LVNV Funding/Resurgent Capital,    c/o Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
14105588       +E-mail/PDF: pa_dc_claims@navient.com Oct 17 2018 02:47:47     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14105587       +E-mail/PDF: pa_dc_claims@navient.com Oct 17 2018 02:48:28     Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
14105937       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 03:02:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14105589       +E-mail/Text: bankruptcydepartment@tsico.com Oct 17 2018 02:44:09     Transworld Systems Inc,
                 Attn: Bankruptcy,    500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
14105590       +E-mail/Text: bankruptcydepartment@tsico.com Oct 17 2018 02:44:09     Transworld Systems Inc,
                 500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
                                                                                             TOTAL: 23

```
District/off: 0313-2          User: Christina              Page 2 of 2                   Date Rcvd: Oct 16, 2018
                              Form ID: pdf900              Total Noticed: 36
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Citizens Bank, National Association
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY bkyefile@rasflaw.com
              PAUL H. YOUNG    on behalf of Joint Debtor Renee   Kilgarriff support@ymalaw.com,
               ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Cornelius J. Kilgarriff, III support@ymalaw.com,
               ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CORNELIUS J KILGARRIFF, III          Chapter 13
RENEE  KILGARRIFF

          Debtor          Bankruptcy No. 18-13170-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __16th__ day of __October__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
CORNELIUS J KILGARRIFF, III
RENEE  KILGARRIFF
30 WENDY WAY

RICHBORO, PA 18954-