United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 18-13170-amc
Cornelius J. Kilgarriff, III                                                     Chapter 13
Renee Kilgarriff
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Oct 18, 2018
                              Form ID: 159          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.
db/jdb         +Cornelius J. Kilgarriff, III,    Renee Kilgarriff,    30 Wendy Way,    Richboro, PA 18954-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Citizens Bank, National Association
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY bkyefile@rasflaw.com
              PAUL H. YOUNG    on behalf of Joint Debtor Renee    Kilgarriff support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Cornelius J. Kilgarriff, III support@ymalaw.com,
               ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cornelius J. Kilgarriff, III and Renee Kilgarriff

    Debtor(s)

Case No: 18–13170–amc

Chapter: 13

___

### ORDER DENYING CONFIRMATION OF PLAN

AND NOW, this, 10/18/18 , a chapter 13 confirmation hearing having been scheduled on 10/18/18 ,

And the standing chapter 13 trustee having opposed confirmation,

And the debtor(s) having failed to meet his/her/their burden under Bankruptcy Rule 3020(b),

It is hereby ORDERED that confirmation is DENIED.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

23 – 2, 10
Form 159