**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   CORNELIUS J. III and<br>           RENEE KILGARRIFF | : | CHAPTER 13 |
|           Debtors | : | BANKRUPTCY NO. 18-13170 |

**CERTIFICATION OF NO RESPONSE AND**
**CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES**

  I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1. On November 16, 2018, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

  WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

                  Respectfully submitted,

                  /s/ Paul H. Young
                  Paul H. Young, Esquire
                  Young, Marr & Associates
                  3554 Hulmeville Road
                  Suite 102
                  Bensalem, PA   19020
                  Phone:   (215) 639-5297
                  Fax:      (215) 639-1344
                  support@ymalaw.com